# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

ELSA EDITH ADHUMADA,

        Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

        Defendant.

Case No. 23-CV-735-JPS

**ORDER**

This case coming before the Court on the parties' stipulation to reverse and remand the case for further proceedings, ECF No. 13, filed on November 6, 2023,

**IT IS ORDERED** that the parties' stipulation to reverse and remand the case for further proceedings, ECF No. 13, be and the same is hereby **ADOPTED**; this matter be and the same is hereby **REVERSED** and **REMANDED** to the Commissioner of Social Security pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g); and

**IT IS FURTHER ORDERED** that, on remand, the administrative law judge shall issue a new decision consistent with all applicable rules and regulations as interpreted in relevant Seventh Circuit case law.

The Clerk of the Court is directed to enter judgment accordingly.

Dated at Milwaukee, Wisconsin, this 13th day of November, 2023.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge