# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

ELSA EDITH ADHUMADA,

                Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

                Defendant.

Case No. 23-CV-735-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the parties' stipulation to reverse and remand the case for further proceedings, ECF No. 13, be and the same is hereby **ADOPTED**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this matter be and the same is hereby **REVERSED** and **REMANDED** to the Commissioner of Social Security pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g).

APPROVED:

_J.P. Stadtmueller_
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

November 13, 2023
Date